UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. CR05-242-JCC |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | DETENTION ORDER |
| MICHAEL ANDREW CHELEMEDOS, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

<u>Offense charged</u>:

Felon in Possession of Firearm

<u>Date of Detention Hearing</u>:   December 16, 2005

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

<u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

(1)   The defendant has been charged in a one-count indictment with the offense of felon

DETENTION ORDER                                          15.13
18 U.S.C. § 3142(i)                                         Rev. 1/91
PAGE 1

in possession, having been convicted of Burglary in the Second Degree.

  (2) The defendant's criminal history includes numerous instances of bench warrant activity for probation violations, failures to appear, modification of sentences for non-compliance, and failures to comply with treatment. The defendant was convicted of the offense of bail jumping connected with a forgery charge in March 2005 in Snohomish County.

  (3) The defendant poses a risk of nonappearance due to unemployed status, an extensive history of failing to appear, a history of failing to comply with probation and court orders and a recent conviction for bail jumping. He poses a risk of danger due to his criminal history.

  (4) There does not appear to be any condition or combination of conditions that will reasonably assure the defendant's appearance at future Court hearings while addressing the danger to other persons or the community.

It is therefore ORDERED:

  (1) Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

  (2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

  (3) On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of

an appearance in connection with a court proceeding; and

(4) The clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this <u>16th</u> day of <u>December</u>, 2005.

<u>     /s/ Mary Alice Theiler     </u>
Mary Alice Theiler
United States Magistrate Judge

DETENTION ORDER
18 U.S.C. § 3142(i)
PAGE 3

15.13
Rev. 1/91