The Honorable John C. Coughenour

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | NO. CR05-0242C |
| v. ) | ORDER OF DISMISSAL |
| MICHAEL ANDREW CHELEMEDOS, ) | |
| Defendant. ) | |

Pursuant to the Rule 48(a) of the Federal Rules of Criminal Procedure, and by request of the United States, Leave of Court is hereby GRANTED for the dismissal, without prejudice, of the Indictment against MICHAEL ANDREW CHELEMEDOS, defendant.

It is therefore HEREBY ORDERED that the Indictment against MICHAEL ANDREW CHELEMEDOS be DISMISSED without prejudice.

DATED this 25th day of January, 2006.

*/s/ John C. Coughenour*
UNITED STATES DISTRICT JUDGE

Presented By:

/s/Tessa M. Gorman
TESSA M. GORMAN
Assistant United States Attorney

[Proposed] Order of Dismissal/
United States v. Michael Andrew Chelemedos, CR05-242C- 1

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970